No. 79–880. KISSINGER ET AL. v. HALPERIN ET AL. C. A. D. C. Cir. Certiorari granted. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this petition.

No. 79–1336. CHICAGO & NORTH WESTERN TRANSPORTATION CO. v. KALO BRICK & TILE CO. Ct. App. Iowa. Certiorari granted.

No. 79–6027. WOOD ET AL. v. GEORGIA. Ct. App. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–492. NEVETT ET AL. v. SIDES, MAYOR OF FAIRFIELD, ALABAMA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 79–1175. WM. T. BURNETT & CO., INC. v. GENERAL TIRE & RUBBER CO. C. A. 4th Cir. Certiorari denied.

No. 79–1181. HERNANDEZ v. FLORIDA; and
No. 79–1210. EDER ET AL. v. FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. Reported below: 369 So. 2d 76.

No. 79–1193. ARANDA ET AL. v. VAN SICKLE ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–1217. UZZELL ET AL. v. FRIDAY ET AL. C. A. 4th Cir. Certiorari denied.

No. 79–1245. ACAVINO v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 79–1253. OPERATING ENGINEERS PENSION TRUST v. LIONBERGER. Ct. App. Cal., 2d App. Dist. Certiorari denied.